# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| AHMED M Y SHAHATOO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:8:23-cv-909 |
| TASNEEM NASSER ALASFOUR, | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached a settlement of all claims herein and will be seeking dismissal shortly, in accordance with the terms of their settlement agreement.

Dated: September 19, 2023.

Respectfully submitted,

/s/ Sam Y. Badawi
**SAM Y. BADAWI, ESQUIRE**
**BADAWI LAW**
*Attorney for Plaintiff*
Florida Bar Number: 120218
Sam@badawilaw.com
admin@badawilaw.com
14505 University Point Place
Tampa, Florida 33613
Phone: (813) 508-8808
Fax: (813) 644-7152